# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Samelia J. McCray, <br> *Plaintiff* <br> v. <br> Arthur R. McCray, et al., <br> *Defendant* | Civil Action No. 2:12-cv-829 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: **All claims against Bosch are DISMISSED with prejudice, all claims against A. McCray are REMANDED to the Ross Cty. Court of Common Pleas, all parties shall bear own costs and expenses. This action is DISMISSED.**

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: Sep 18, 2012

*CLERK OF COURT*

s/Denise Shane, Deputy Clerk

*Signature of Clerk or Deputy Clerk*